*Fourth Court of Appeals District of Texas*



September 19, 2012

No. 04-12-00430-CR

Charles **ARRINGTON**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR1663
Honorable Sharon MacRae, Judge Presiding

# O R D E R

Maria Fattahi's extension of time to file the court reporter's record is this date NOTED.  Time is extended to October 18, 2012.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE, CLERK

cc: Jorge G. Aristotelidis
800 Dolorosa suite 100
San Antonio, TX 78207

Anthony  Cantu
Bexar County District Clerk
101 W. Nueva suite 217
San Antonio, TX 78205

Maria E. Fattahi
Auxiallary Court Reporter
300 Dolorosa Suite 301, Room 333
San Antonio, TX 78205

Susan D. Reed
District Attorney, Bexar County
Paul Elizondo Tower 1
101 W. Nueva suite 370
San Antonio, TX 78205

Liche Cavazos
100 Dolorosa
County Court #10
San Antonio, TX 78205

*MINUTES*
COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

September 19, 2012

No. 04-12-00430-CR

Charles **ARRINGTON**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR1663
Honorable Sharon MacRae, Judge Presiding

# O R D E R

Maria Fattahi's extension of time to file the court reporter's record is this date NOTED. Time is extended to October 18, 2012.

# PER CURIAM

ATTESTED TO: /s/ Keith E. Hottle
    KEITH E. HOTTLE, CLERK

ENTERED THIS 19TH DAY OF SEPTEMBER, 2012.

VOL._____ PAGE _____